IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY, Individually,
Plaintiff,
v.

::::::::::::   Case No.: 0:09-cv-61582

HILLSBORO-LYONS INVESTORS, LTD, A Florida Limited Partnership,

Defendant.
_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, by and through undersigned counsel, hereby notify this Court that the instant action settled during mediation. The parties therefore submit that all pending motions are moot. The parties shall timely file all relevant dismissal papers before this matter is set for calendar call.

**FOR THE PLAINTIFF**                                **FOR THE DEFENDANT**

By: _/s/ Thomas B. Bacon_                            By: _/s/ Robert M. Weinberger_

| | |
|---|---|
| **Thomas B. Bacon, Esq.**<br>**Attorney-At-Law**<br>**4868 S.W. 103rd Ave.**<br>**Cooper City, FL 33328**<br>**ph. (954) 925-6488**<br>**fax (954) 237-1990**<br>**tbb@thomasbaconlaw.com** | Robert M. Weinberger, Esq.<br>Cohen, Norris, Scherer, Weinberger & Wolmer<br>712 U.S. Highway 1, Suite 400<br>North Palm Beach, FL 33408<br>T. 561-844-3600<br>F. 561-842-4104<br>rmw@fcohenlaw.com |